**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-1446**

_____

T. JAMES ANDERSON, JR.,

                                    Plaintiff - Appellant,

        versus

ERIE INSURANCE COMPANY; ROBERT VAN SCHAIK;
UNION BAPTIST CHURCH, INCORPORATED; ELIZABETH
WATSON, Adjuster,

                                    Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge. (CA-00-
3442-AMD)

_____

Submitted:  May 31, 2001              Decided:  June 8, 2001

_____

Before WILKINS, TRAXLER, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

T. James Anderson, Jr., Appellant Pro Se.  Charles Elliott Wilson,
Jr., MCCARTHY, WILSON & ETHRIDGE, Rockville, Maryland, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

T. James Anderson, Jr., appeals the district court's order dismissing without prejudice his civil rights action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Anderson v. Erie Insurance Co., No. CA-00-3442-AMD (D. Md. Feb. 28, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED